# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, | CASE NO. 8:18-cv-01630-AG-KES |
|           Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |
|       vs. | |
| SURF LIQUOR MARKET, a business entity; SURF LIQUOR, INC. a California corporation; PAUL R. DESHARNAIS TRUST, a trust. | Assigned to: Andrew J. Guilford United States District Judge |
|           Defendants. | Complaint filed: September 11, 2018 Trial Date: June 25, 2019 |

## ORDER OF DISMISSAL

The foregoing stipulation is approved.

IT IS HEREBY ORDERED that this action be, and hereby is, dismissed, with prejudice, in its entirety, as to all claims and counterclaims, causes of action, and parties, with each party to bear that party's own attorney's fees and costs.

The Clerk is directed to vacate defendants' Motion For Summary Judgment, on calendar for May 13, 2019, at 10:00 a.m., in Courtroom 10D, and to close the file.

Dated: April 22, 2019

_____
ANDREW J. GUILFORD
United States District Judge